NEW YORK POST CORPORATION, Respondent, v. WALTER WINCHELL et al., Appellants, et al., Defendants. JAMES A. WECHSLER, Respondent, v. WALTER WINCHELL et al., Appellants, et al., Defendants.—Orders unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.

■

HARRY S. DUBE, Respondent, v. CROMWELL DRUG Co., INC., Appellant, et al., Defendant.— Appeal from order of November 29, 1954, unanimously dismissed. An order denying a motion for leave to reargue is not appealable. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ. [See 285 App. Div. ——.]

■

MANHATTAN CASUALTY COMPANY, Appellant, v. KATINA G. CHOLAKIS, Defendant, and THOMAS G. CHOLAKIS, an Infant, Respondent.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ. [206 Misc. 287.]

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EMELIO MISCIONE, Appellant.— Judgment reversed, the information dismissed and the fine remitted upon the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Peck, P. J., Cohn, Callahan, Breitel and Bastow, JJ.; Peck, P. J., and Cohn, J., dissent and vote to affirm.

■

CHARLES CARNEVAL, Appellant, v. WILLIAM MORRIS AGENCY, INC., et al., Defendants, and CAMPBELL SOUP COMPANY, Respondent.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.